August 10, 2015

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 13 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Cathy S. Lusk , Clerk
Twelfth Court of Appeals
Suite 354    1517 W. Front Street
Tyler, Texas   75702

Re: Cause No. 12-15-00118-CR
Style: In Re Michael Lynn Eaton
Trial Cause No. 15074

Dear Court Clerk:

    Enclosed with this cover letter please find the   following   documents   for
filing in the above referenced numbered and styled cause of action:

-    "Motion Requesting Action On Petition" and certificate of service (2 pages)

-    "Proposed Motion For No-Answer Default Judgment" with certificate of service
                                                               (2 pages)

    Please  file the above docuemnts in this cause of action.  Please bring these
docuemnts to the immediate attention of the court..

    Petitioner respectfully requests that the above documents be set for a hearing
at  the  earliest  possible  time  consistent  with this Courts docket to hear such
motions.   Petitioner requests a ruling on the above.

    I thank the Court for its time and prompt consideration of my requests.

Sincerely,

Michael Lynn Eaton
1652213
Beto Unit    1391 FM 3328
Tennessee colony, Tx. 75880
(903) 928-2217

cc: Carolyn Parrott, District Clerk
    Deanna Drennan, Court Reporter
    115th Judicial District Court of Upshur County
    Upshur County District Attorneys Office
    file



CASE NO. 12-13-00118-CR

| | | |
|---|---|---|
| MICHAEL LYNN EATON, Relator | § § § § | IN THE 12TH COURT OF APPEALS |
| v. | § § | OF THE STATE OF TEXAS |
| 115THE DISTRICT COURT OF UPSHUR COUNTY, CAROLYN PARROTT, DISTRICT CLERK, DEANNA DRENNAN, COURT REPORTER, Respondents | § § § § § § | TYLER, TEXAS |



FILED IN COURT OF APPEALS
12th Court of Appeals District
AUG 13 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

PROPOSED MOTION FOR NO-ANSWER DEFAULT JUDGMENT

COMES NOW, Michael Lynn Eaton, Relator, who respectfully requests and files his "proposed Motion for No-Answer Default Judgment" in the above numbered and styled cause of action. Relator would show in support of same the following:

- 05-06-2015 : Relator filed a Petition for Writ of mandamus in the 12th Court of Appeals in Tyler Texas.
- 06-17-2015 : The 12th Court of Appeals requested that Respondent(s) and/or any real party in interest respond to Relator's Petition and deliver such response to that Court on or before 6-29-2015.
- 08-10-2015 : As of this date, No response or answer has been delivered or filed with the 12th Court of Appeals or to this Relator.

ARGUMENT AND AUTHORITIES

Petitioners "Writ of Mandamus" is sufficient to support a default judgment as it (1) states a cause of action within the jurisdiction of this Court, (2) gave fair notice to the Respondents of the claim(s) asserted, (3) did not affirmatively disclose the invalidity of the claim on its face. Paramount Pipe & Sup.Co, v. Muhr, 749 SW2d 491,494 (Tx.1988). Respondents have admitted all of Relators allegations and facts contained in his original "Writ of mandamus" as being true by not filing a response. Argyle Mech. v. Unigus.Steel, 156 SW3d 685,687 (App. 5 2005).

The Court of Appeals set a deadline for a respone to Relators Petition for 06-29-2015, which has expired. Union Pac.Corp. v. Legg, 49SW3d 72,78(App.3 2001)(TRCP 107) It has been more than 30 days since this deadline has elapsed or expired. Maldonado v. Puente, 694 SW2d 86,90 (App. 4 1985)(TRCP 107 provides for 10 days after service).

The Court of Appeals can GRANT a default judgment if no-answer is on file and the Citation has been on file with the Clerk for 10 days (TRCP 107).

The relief sought is for copies of documents and records in the custody and possession of the Respondents. There are no unliquidated damages being sought at this time. Copying of the requested documents is a purely ministerial function.

Notice is not required to be given to Respondent prior to rendering of a Default Judgment. Long v. McDermott, 813 SW2d 622,624 (App. 1 1991).

page 1

## PRAYER / RELIEF REQUESTED

WHEREFORE PREMESIS CONSIDERED, Relator, Michael Lynn Eaton does hereby **PRAY that** for the foregoing facts and reasons does **GRANT** him a Default Judgment for all of the relief originally requested in his Writ of mandamus Petition. Relator **PRAYS** that the Court issue an **ORDER** to the Respondents to make copies of Relators records relating to his conviction in Cause no. 15074, along with a copy of the Transcript of the Plea hearing in this cuase of action and send to Relator such copies instanter. Further, Relator **PRAYS** that this Court **ORDER** that the costs for such copies be bourn by the Respondents.

Relator respectfully **MOVES** that this Honorable Court immediately call this case for Default and render a Default Judgment for Relator. (TRCP 239-241,243).

on this the 10 day of August ,2015.

Respectfully submitted,

Michael Lynn Eaton, Relator
1652213
Beto Unit 1391 FM 3328
Tennessee Colony, Tx. 75880
(903) 928-2217

### UNSWORN DECLARATION

I, Michael Lynn Eaton do hereby swear under the penalty of perjury that foregoing statements are true and correct.

Sworn and signed on this the 10 day of August ,2015.

Michael Lynn Eaton

### CERTIFICATE OF SERVICE

I, Michael Lynn Eaton do hereby certify that I placed a copy of this Motion for Default Judgment in a proper wrapper, did affix sufficient pre-paid U.S. first Class postage to same, and did address and mail same to the following parties:

SENT TO:          certified on this 10 day of August , 2015.

Michael Lynn Eaton

CATHY S. LUSK, CLERK    TWELFTH COURT OF APPEALS
SUITE 354,    1517 W. FRONT STREET,    TYLER, TEXAS    75702

cc: file